IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES GORDON,

        Petitioner,

  v.

RAUL LOPEZ, Warden,

        Respondent.

                                /

No. CV-10-1770 CRB (PR)

**JUDGMENT IN A CIVIL CASE**

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: December 28, 2011                               Richard W. Wieking, Clerk

                                                                     *Tracy Lucero*

                                                          By: Tracy Lucero
                                                          Deputy Clerk